UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PARAGON DIGITAL LIFESTYLE INC.,                                         :
:
Plaintiff,                                                              :
:                               20-CV-4725 (JMF)
-v-                                                                     :
:                               ORDER TO AMEND
ADAPTIVE MICRO-WARE, INC.,                                              :         JUDGMENT
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 11, 2022, Plaintiff timely filed a motion to amend the judgment in this case to include pre-judgment interest. *See* ECF No. 72. Defendant did not oppose the motion. Thus, the motion is GRANTED as unopposed and for substantially the reasons stated in Plaintiff's memorandum of law. *See* ECF No. 73.

      Accordingly, the Clerk of Court is directed to terminate ECF No. 72 and to amend the judgment by adding $74,266.97 in pre-judgment interest to the judgment entered in Plaintiff's favor on Count One — constituting the sum of $73,839.97 in pre-verdict interest and $427.00 in post-verdict interest, *see ExxonMobil Oil Corp. v. TIG Insurance Co.*, 44 F.4th 163, 179 (2d Cir. 2022) ("New York recognizes two distinct periods of 'prejudgment interest.'") — for a total judgment in the amount of $346,752.97.

      SO ORDERED.

Dated: October 19, 2022
      New York, New York                                   _____
                                                                   JESSE M. FURMAN
                                                            United States District Judge