**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PARAGON DIGITAL LIFESTYLE INC.,

                      Plaintiff,

        -against-                                          20 **CIVIL** 4725 (JMF)

                                                                          **AMENDED JUDGMENT**

ADAPTIVE MICRO-WARE, INC.,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2022, the judgment is amended by adding $74,266.97 in pre-judgment interest to the judgment entered in Plaintiff's favor on Count One — constituting the sum of $73,839.97 in pre-verdict interest and $427.00 in post-verdict interest, see ExxonMobil Oil Corp. v. TIG Insurance Co., 44 F.4th 163, 179 (2d Cir. 2022) ("New York recognizes two distinct periods of 'prejudgment interest.'") — for a total judgment in the amount of $346,752.97.

**Dated:**  New York, New York

      October 24, 2022

                                                                               **RUBY J. KRAJICK**

                                                                                  **Clerk of Court**

                                             **BY:**      *K. Mango*

                                                                                   **Deputy Clerk**